
Pg. 1

Apr. 5th, 2018
Nathan Railey
Inmate # 11897-003
United States Penitentiary Lewisburg
P.O. Box 1000
Lewisburg, Pa. 17837

U.S. District Court for the Middle District of Pennsylvania
William J. Nealon Federal Building and U.S. Courthouse
235. N. Washington Ave.
P.O. Box 1148
Scranton, Pa. 18501

In RE: Case Action # 1:18-CT-00716-SHR-RM
Attn: Court Clerk

FILED
SCRANTON
APR 11 2018
PER _____
DEPUTY CLERK

  This letter is to provide notice of two things. (1) Mr. Camden Barlow, Inmate # 30222-057, was correctly supplied the authorization form to cover the initial filing costs of the action and it is obvious that the filing is to be considered a Bivens Action. However, the information provided on the correspondence was incorrect, in that, it had Camden's name but my inmate number. In any correspondence or request of action from the court should be sent to both Mr. Barlow and myself since we will be the very ones authoring any actions In this litigation. You should be recieving the authorization form for prompt payment soon and pray the court understands the urgency within our petitions to the court.

  On that topic, do I proceed into the other matter concerned in this correspondence! (2) I believe I mentioned in the initial filing that if this action is filed as a Bivens, it would be necessary to file an amendment to the original. This amendment would not change the construct of issues therein but rather add other request of relief that can only be provided under an action filed under Bivens. I will be provided said amendment sometime next week to add these other requests of relief and to add other inmates who too wish thier declarations and voices to be heard on this matter. Of course, this all might be for nought if the judge decides to allow this to proceed as a class action and an attorney is provided. I'm sure the attorney will provide his own amendment to the matter and correct any errors or misfilings we probably provided. In the absence of this, however, we will be filing a motion to Amend the action

shortly.

    We humbly thank you in regards to all the effort and time devoted to our resolve and again we apologize for any actions we take outside the normal rules of the court. Desperation can cause errors sometimes. We hope and pray the court is patient in our efforts. Thank You.

                                                      Respectfully,

Apr. 5th, 2018
(Date)

                                                      Nathan Reg #11897-003
                                                      (Signature)

Inmate Name: Nathan Railey
Register Number: 11897-003
United States Penitentiary
P.O. Box 1000                    APR 09 2018
Lewisburg, PA 17837

Legal Mail

RECEIVED
SCRANTON
APR 11 2018
PER _____ DEPUTY CLERK

HARRISBURG PA 171
[postmark] 2018 PM 4 L

Legal Mail →

U.S. District Court for the Middle District of Pennsylvania
William J. Nealon Federal Building and U.S. Courthouse
235 N. Washington Ave.
P.O. Box 1148
Scranton, PA. 18501

Legal Mail →

18501-114848