IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHAN A. RAILEY, | : | |
|    Plaintiff | : | |
| | : | No. 1:18-cv-716 |
| v. | : | |
| | : | (Judge Rambo) |
| WARDEN DAVID J. | : | |
| EBBERT, *et al.*, | : | |
|    Defendants | : | |

# ORDER

**AND NOW**, on this 26th day of September 2019, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. The motion to dismiss and/or motion for summary judgment (Doc. No. 132) filed by Defendants Ebbert, Buebendorf, Tharp, and Gass is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendants Ebbert, Buebendorf, Tharp, and Gass and against Plaintiff Nathan A. Railey;

3. Railey's claims against Defendant Unnamed Mailroom Officer are **DISMISSED** pursuant to 28 U.S.C. §§ 1915A & 1915(e)(2)(B)(ii); and

4. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                    s/Sylvia H. Rambo
                                                  Sylvia H. Rambo
                                                  United States District Judge